AUDREY STRAUSS
United States Attorney for the
Southern District of New York
By:   SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ILIANA GARCIA,                                :
                                              :
           Plaintiff,                         :     **REVISED**
                                              :     **BRIEFING SCHEDULE**
     - v. -                                   :
                                              :     20 Civ. 4548 (JCM)
                                              :
ANDREW SAUL,                                  :
COMMISSIONER OF SOCIAL SECURITY,              :
                                              :
           Defendant.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, defendant has withdrawn his motion to dismiss the complaint,

IT IS HEREBY ORDERED that

1. Defendant is to file the certified administrative record by May 26, 2021.

2. Plaintiff's motion for judgment on the pleadings is due on or before July 26, 2021.

3. Defendant's response is due on or before September 24, 2021.

4. Plaintiff's reply, if any, is due on or before October 15, 2021.

5. The Clerk is respectfully requested to terminate the pending motions, (Docket Nos. 17 and 23).

SO ORDERED:

_Judith C. McCarthy_      4-14-2021
United States Magistrate Judge